UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ARZATE,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY LOPEZ, et al.,<br><br>    Defendants. | Case No.: CV 16-08194-DOC (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the First Amended Complaint, the Motions to Dismiss, the Report and Recommendation of the assigned United States Magistrate Judge, the Objection filed by Plaintiff and the Reply to Objection filed by Defendants. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

  IT IS HEREBY ORDERED that:

  1. The Report and Recommendation is approved and accepted;

  2. The Motions to Dismiss the First Amended Complaint filed by Defendants Lopez, Ahsmuhs and Cisneros (Dkt. Nos. 22 & 26) are GRANTED with leave to amend; and

3. If Plaintiff desires to continue to pursue this action, he shall file a Second Amended Complaint within 30 days of the date of this Order. Plaintiff is advised that failure to timely file a Second Amended Complaint may result in a dismissal of this action with prejudice for failure to prosecute. Plaintiff is further advised that a failure to remedy the deficiencies identified in the Report and Recommendation in any Second Amended Complaint could result in a dismissal of the action without leave to amend and with prejudice.

Dated: September 18, 2017

_____
DAVID O. CARTER
United States District Judge