|  |  |  |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |
| 6 |  |  |
| 7 |  |  |
| 8 |  | UNITED STATES DISTRICT COURT |
| 9 |  | CENTRAL DISTRICT OF CALIFORNIA |
| 10 |  | WESTERN DIVISION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VICTOR ARZATE,

        Plaintiff,

        v.

DEPUTY LOPEZ, et al.,

        Defendants.

Case No. CV 16-08194-DOC (JDE)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Second Amended Complaint, the Motion to Dismiss, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

    IT IS HEREBY ORDERED that:

    1.    The Report and Recommendation is approved and accepted;

    2.    The Motion to Dismiss the Second Amended Complaint (Dkt. No. 53) is GRANTED;

//

//

3. Plaintiff's Second Amended Complaint is dismissed without leave to amend and with prejudice; and
4. Judgment shall be entered accordingly.

Dated: December 8, 2017

_David O. Carter_
DAVID O. CARTER
United States District Judge