JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR ARZATE, | Case No. CV 16-08194-DOC (JDE) |
| Plaintiff, | |
| v. | JUDGMENT |
| DEPUTY LOPEZ, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: December 8, 2017

*David O. Carter*
DAVID O. CARTER
United States District Judge